B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Puerto Rico

In re  Advanced Technical Services, Corp.  ,  Case No.  14-05332-EAG

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Bautista REO PR Corp. | Federal Deposit Insurance Corporation, as Receiver for Doral Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  c/o Capital Crossing Puerto Rico LLC,
  221 Plaza, 221 Ave. Ponce de Leon,
  Hato Rey, Puerto Rico 00918

Phone:  617-880-1000
Last Four Digits of Acct #: _____

Court Claim # (if known): ___4___
Amount of Claim:  $82,190.48
Date Claim Filed:  01/15/2015

Phone: _____
Last Four Digits of Acct. #:  3195

Name and Address where transferee payments should be sent (if different from above):
  See Addendum

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jennifer Mello  Date: 05/08/2015
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re ADVANCED TECHNICAL SERVICES CORP            Case No. 14-05332-EAG

### Addendum to Transfer of Claim Other than for Security

As of the date hereof, servicing of the claim referenced in the attached Transfer of Claim Other than for Security is still being handled by Transferor. As such, please continue to make payments in the ordinary course of business as they were made prior to the transfer of the claim from Transferor to Transferee. Upon transfer of servicing of the claim to Transferee, Transferee will provide notice to the Court of the new address to which payments should be sent.